### 16674.   HARDY *v.* LANSDELL.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; there is abundant evidence to support the verdict, and the court did not err in overruling the motion for a new trial.   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 10, 1925.

Complaint; from Columbia superior court—Judge A. L. Franklin. June 17, 1925.

*W. D. Lanier,* for plaintiff in error.

*W. H. Fleming,* contra.